| | |
|---|---|
| 1 | Harold M. Hewell, Bar No. 171210 |
| | HEWELL LAW FIRM, APC |
| 2 | 105 W. "F" Street, Suite 213 |
| | San Diego, CA  92101 |
| 3 | Telephone:  (619) 235-6854 |
| | Facsimile:  (888) 298-0177 |
| 4 | E-mail:  hmhewell@hewell-lawfirm.com |
| 5 | *Attorneys for Plaintiffs* |
| 6 | David A. Senior, Bar No. 108579 |
| | MCBREEN & SENIOR |
| 7 | 2029 Century Park East, 3rd Floor |
| | Los Angeles, CA  90067 |
| 8 | Telephone: (310) 552-5300 |
| | Facsimile: (310) 552-1205 |
| 9 | E-mail: dsenior@mcbreensenior.com |
| 10 | Dean N. Panos (*admitted pro hac vice*) |
| | JENNER & BLOCK LLP |
| 11 | 330 N. Wabash Avenue |
| | Chicago, IL 60611 |
| 12 | Telephone:  (312) 222-9350 |
| | Facsimile:  (312) 527-0484 |
| 13 | E-mail: dpanos@jenner.com |
| 14 | *Attorneys for Defendant Kellogg USA* |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH VIDETTO, **individually and on behalf of all others similarly situated,** | Case No. 2:08 CV-01324-MCE-DAD |
| **Plaintiff,** | STIPULATION FOR REVISED BRIEFING AND  HEARING SCHEDULE FOR KELLOGG USA's MOTION TO DISMISS AMENDED COMPLAINT |
| vs. | Date:   February 6, 2008 |
| | Time:  9:00 a.m. |
| KELLOGG USA**, a Michigan corporation;** | Place:  Courtroom No. 7, Floor 14 |
| | Hon. Morrison C. England Jr. |
| **Defendant.** | |

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties, and subject to the approval of the Court, that the following Stipulation shall govern the briefing and hearing schedule for Defendant Kellogg USA's Motion to Dismiss Plaintiff's Amended Complaint:

1. Plaintiff Keith Videtto filed his Amended Complaint on October 6, 2008.

2. Defendant Kellogg USA filed its Motion to Dismiss Plaintiff's Amended Complaint on October 20, 2008.  The original hearing date for the Motion to Dismiss was December 19, 2008.

3. Due to scheduling conflicts, the parties have agreed to move the hearing date from December 19, 2008 to February 6, 2009.

4. As part of the revised schedule, Plaintiff has agreed to file his response to Kellogg USA's Motion to Dismiss on or before January 16, 2009.

5. Kellogg USA will file its reply brief in support of the motion on or before January 30, 2009.

| | |
|---|---|
| DATED:  December 2, 2008<br>By:    _____/s/_____<br>Harold M. Hewell, Esq.<br>HEWELL LAW FIRM, APC<br>105 W. "F" Street, Suite 213<br>San Diego, CA  92101<br>Telephone:  (619) 235-6854<br>Facsimile:  (888) 298-0177<br>*Attorney for Plaintiff* | DATED:  December 3, 2008<br>By:    _____/s/_____<br>Dean N. Panos (*admitted pro hac vice*)<br>JENNER & BLOCK LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611<br>Telephone:  (312) 222-9350<br>Facsimile:  (312) 527-0484<br>*Attorney for Defendant* |

APPROVED AND SO ORDERED,

DATED: December 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com