UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH VIDETTO,                              No. 2:08-cv-01324-MCE-DAD

      Plaintiff,

  v.                                         <u>ORDER</u>

KELLOGG USA,

      Defendant.

----oo0oo----

On December 5, 2008, this Court approved the parties' first stipulation to continue the hearing scheduled for Defendant's Motion to Dismiss Plaintiff's First Amended Complaint from December 19, 2008, to February 6, 2009.  The parties have since filed a second stipulation proposing that the hearing currently scheduled for February 6, 2009, be continued to May 1, 2009.

///
///
///
///
///

1

The Court is not willing to further continue the already scheduled hearing.  Rather, Defendant's Motion to Dismiss is DENIED without prejudice and Defendant is directed to re-file this Motion, should it so choose, at such time that the parties are prepared to schedule a hearing and to follow the briefing schedule prescribed by the Local Rules.

IT IS SO ORDERED.

Dated: January 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2