UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH VIDETTO,                           No. 2:08-cv-01324-MCE-DAD

    Plaintiff,

  v.                                     <u>ORDER</u>

KELLOGG USA,

    Defendant.

----oo0oo----

The Court has reviewed Plaintiff's Motion for Reconsideration, filed June 1, 2009. No grounds justifying reconsideration have been presented. Accordingly, Plaintiff's Motion (Docket NO. 39) is DENIED.

IT IS SO ORDERED.

Dated: June 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1